MONCRIEF *v.* RIMER *et al.*

No. 10885.   AUGUST 7, 1935.

*C. G. Battle*, for plaintiff.

*J. W. Weaver, A. C. Corbett, Brackett & Drennan*, and *W. O. Wilson*, for defendants.

BELL, Justice. "No cause shall be carried to the Supreme Court or Court of Appeals upon any bill of exceptions while the same is pending in the court below, unless the decision or judgment complained of, if it had been rendered as claimed by the plaintiff in error, would have been a final disposition of the cause, or final as to some material party thereto." Code of 1933, § 6-701. The bill of exceptions in the present case complains only of an order overruling exceptions of law and of fact to an auditor's report. The order did not amount to a final judgment, nor would a judgment sustaining such exceptions, as sought by the plaintiff in error, have been a final disposition of the cause. Under repeated decisions, the bill of exceptions is premature, and must be dismissed. *Kency* v. *District Grand Lodge,* 148 *Ga.* 515 (97 S. E. 439); *Murphy* v. *District Grand Lodge,* 148 *Ga.* 648 (97 S. E. 858); *Winder Lumber Co.* v. *Washington Brick Co.,* 149 *Ga.* 215 (99 S. E. 863); *Huson* v. *Bank of Covington,* 158 *Ga.* 434 (123 S. E. 742); *Lingo* v. *Rich,* 169 *Ga.* 628 (151 S. E. 387); *Harwell* v. *Cowan,* 175 *Ga.* 33, 36 (165 S. E. 19); *Southern Moon Auto Co.* v. *Moon Motor Car Co.,* 29 *Ga. App.* 18 (114 S. E. 68).

*Writ of error dismissed. All the Justices concur.*